IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LANDON CHANDLER                                                    PLAINTIFF

v.                             3:14CV00050-KGB

OSCEOLA, CITY OF; *et al.*                                       DEFENDANTS

**ORDER**

Mr. Chandler filed a *pro se* Complaint (Doc. No. 2) pursuant to 42 U.S.C. § 1983, with an Application to Proceed Without Prepayment of Fees and Affidavit. (Doc. No. 1). Mr. Chandler's Application is incomplete and cannot be granted.

An inmate seeking *in forma pauperis* status must submit **a Calculation of Initial Payment of Filing Fees sheet, prepared and signed by an authorized officer of the Detention Facility** and "**a certified copy of the trust fund account statement for the prisoner** for the 6-month period immediately preceding the filing of the complaint . . . obtained from the appropriate official" of the facility where the inmate is confined. 28 U.S.C. § 1915(b).

Plaintiff is directed to submit within thirty (30) days from the date of this Order either the $400 filing fee[1] or a proper and complete Application to Proceed *In Forma Pauperis*, with a calculation sheet and certified copy of his trust fund account statement for the preceding six months. Mr. Chandler's failure to comply with this Order may result in the dismissal of his case without prejudice. The Clerk of the Court shall mail to Mr. Chandler an Application to Proceed Without Prepayment of Fees and calculation sheet.

IT IS, THEREFORE, ORDERED that:

---

[1] Effective May 1, 2013, the cost for filing a new civil case is $400. The increase is due to a new $50 administrative fee, which does not apply to persons granted *in forma pauperis* status under 28 U.S.C. § 1915.

1.	Mr. Chandler's Application to Proceed Without Prepaying Fees or Costs (Doc. No. 1) is DENIED.

2.	The Clerk shall mail to Mr. Chandler an Application to Proceed Without Prepaying Fees or Costs and calculation sheet.

3.	Mr. Chandler shall submit within thirty (30) days from the entry date of this Order either: (1) the $400 statutory filing fee; or (2) a proper and complete Application to Proceed Without Prepayment of Fees and Affidavit, with the required calculation sheet and certified copy of his trust fund account statement for the preceding six months. Failure to do so may result in dismissal of this action without prejudice.

DATED this 2nd day of April, 2014.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE