**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**LANDON CHANDLER**                                                                                    **PLAINTIFF**

**v.**                                          **Case No.  3:14-cv-00050 KGB**

**CITY OF OSCEOLA, et al.**                                                                       **DEFENDANTS**

**ORDER**

Plaintiff Landon Chandler, an inmate of the Mississippi County Detention Center,

commenced this *pro se* action by filing a complaint pursuant to 42 U.S.C. § 1983 (Dkt. No. 2).

On June 9 and 12, 2014, the Clerk of Court noted that filings mailed to Mr. Chandler at his

address on record had been returned and were marked "Return to Sender - Released" (Dkt. Nos.

8, 9).

*Pro se* litigants are required to follow the same rules of procedure, including the local

court rules that govern other litigants.  *See Green v. Dorrell*, 969 F.2d 915, 917 (10th Cir. 1992).

Of particular note to *pro se* plaintiffs is Local Rule 5.5(c)(2), which states:

> Parties appearing *pro se.* It is the duty of any party not represented by counsel to
> promptly notify the Clerk and the other parties to the proceedings of any change
> in his or her address, to monitor the progress of the case, and to prosecute or
> defend the action diligently. A party appearing for himself/herself shall sign
> his/her pleadings and state his/her address, zip code, and telephone number. If any
> communication from the Court to a *pro se* plaintiff is not responded to within
> thirty (30) days, the case may be dismissed without prejudice. Any party
> proceeding *pro se* shall be expected to be familiar with and follow the Federal
> Rules of Civil Procedure.

Loc. R. 5.5(c)(2).

Mr. Chandler is therefore ordered to notify the Clerk of Court of his new address within 14 days of the date of this Order.  Mr. Chandler's failure to comply with this Order may result in the dismissal of his complaint without prejudice.

SO ORDERED this the 23rd day of June, 2014.

_____
Kristine G. Baker
United States District Judge