**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**LANDON CHANDLER**                                                                          **PLAINTIFF**

**v.**                      **Case No.  3:14-cv-00050 KGB**

**CITY OF OSCEOLA, et al.**                                                **DEFENDANTS**

<u>**JUDGMENT**</u>

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that that this case be, and it is hereby, dismissed without prejudice.  The relief sought is denied.

SO ORDERED this the 4th day of August, 2014.

_____
Kristine G. Baker
United States District Judge